## WILLIAM R. SOLONICK *v.* ELECTRIC BOAT CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 111 Conn. App. 793 (AC 29575), is denied.

*Stephen D. Button,* in support of the petition.

*Robert S. Bystrowski* and *Cristin E. Sheehan,* in opposition.

Decided February 19, 2009